IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DONNA HEACOCK, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 1:11-CV-00826-LY |
| vs. | § | |
| | § | |
| GLOBAL CREDIT & COLLECTION | § | |
| CORPORATION DBA TEXAS | § | |
| GLOBAL CREDIT & COLLECTION | § | |
| CORPORATION, | § | |
| Defendant | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW INTO COURT,** the parties to the above captioned action, through their respective attorneys, herby files this Joint Motion to Dismiss the complaint against Defendant Global Credit & Collections Corporation d/b/a Texas Global Credit & Collections Corporation.

### I.

This case has been settled amicably by the parties.
.
### II.

For these reasons, the parties ask the court to dismiss this suit with prejudice.

Respectfully submitted,

By: /s/ Dennis R. Kurz
Dennis R. Kurz
**Attorney for Plaintiff**
Texas State Bar # 24068183
WEISBERG & MEYERS, L.L.C.

        Two Allen Center
        1200 Smith Street
        16th Floor
        Houston, TX 77002


        By: /s/ Nicolle N. Muehr
        Nicolle N. Muehr
        **Attorney for Defendant**
        Henslee Schwartz, LLP
        816 Congress Avenue
        Suite 800
        Austin TX 78701


## **CERTIFICATE OF SERVICE**

     I certify that on January 4, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court, Western District of Texas, Austin Division, using the electronic case filing system of the court. Notification was sent electronically via the court's electronic case filing system to counsel of record for Defendant, Defendant Global Credit & Collections Corporation d/b/a Texas Global Credit & Collections Corporation this 4th day of January, 2012 as follows: nmuehr@hensleeschwartz.com.


        /s/ Dennis R. Kurz
        Dennis R. Kurz