IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DONNA HEACOCK, Plaintiff | § § § | CIVIL ACTION |
| vs. | § § § | No. 1:11-CV-00826-LY |
| GLOBAL CREDIT & COLLECTION CORPORATION DBA TEXAS GLOBAL CREDIT & COLLECTION CORPORATION, Defendant | § § § § § § | JURY |

### ORDER ON MOTION TO DISMISS WITH PREJUDICE

The court, having considered the parties Joint Motion to Dismiss, GRANTS the Motion and the suit is dismissed with prejudice.

SO ORDERED.

Dated January 5, 2012.

_____
UNITED STATES DISTRICT JUDGE