IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DONNA HEACOCK, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-11-CV-826-LY |
| | § | |
| GLOBAL CREDIT & COLLECTION | § | |
| CORPORATION D/B/A TEXAS GLOBAL | § | |
| CREDIT & COLLECTION | § | |
| CORPORATION, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause of action. On this day, the court granted the parties' Joint Motion to Dismiss with Prejudice, dismissing all of Plaintiff Donna Heacock's claims against Defendant Global Credit & Collection Corporation d/b/a Texas Global Credit & Collection Corporation with prejudice. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this 5th day of January, 2012.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE